UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MICHAEL LEE FINK, | Case No. 2:16-cv-02398-JCM-GWF |
| Plaintiff, | |
| v. | **REPORT AND RECOMMENDATION** |
| NANCY A. BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY | |
| Defendant. | |

This matter is before the Court on Plaintiff's failure to file a motion for reversal and/or remand. On October 14, 2016, Plaintiff filed his Application for Leave to Proceed *In Forma Pauperis* (ECF No. 1) and the Court granted his Application on October 20, 2016. ECF No. 3. On October 24, 2017, the Court issued an order concerning review of social security cases and ordered Plaintiff to file a request for a remand of this case on the basis of new evidence or a motion for reversal and/or remand within 30 days of the issuance of the Court's order. ECF No. 14.

On February 22, 2018, the Court directed Plaintiff to show cause, in writing, no later than March 22, 2018, why this matter should not be dismissed for failure to prosecute or comply with this Court's Order. Plaintiff was cautioned that failure to comply with the Court's order to show cause would result in a recommendation to the district judge that this case be dismissed. To date, Plaintiff has not filed a motion for reversal and/or remand and has failed to comply with this Court's order to show cause. Therefore, it appears that Plaintiff has abandoned this lawsuit. Accordingly,

. . .

. . .

. . .

**IT IS HEREBY RECOMMENDED** that this case be dismissed without prejudice for Plaintiff's failure to prosecute.

Dated this 29th day of March, 2018.

_George Foley Jr._
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE

### NOTICE

Pursuant to Local Rule IB 3-2, any objection to this Finding and Recommendation must be in writing and filed with the Clerk of the Court within fourteen (14) days. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985). This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst,* 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).